UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT

IN RE:        HERBERT ALLEN FITZPATRICK II          CASE NO. 14-54407

MIRANDA SHAE FITZPATRICK                CHAPTER 13

JUDGE HOFFMAN

NOTICE OF CHANGE OF ADDRESS

Now comes undersigned counsel on behalf of Herbert Allen Fitzpatrick II and Miranda Shae Fitzpatrick, debtors herein, and gives Notice of Filing of their new address. The new address is 212 Saint Anns Lane, Waverly, Ohio 45690.

Respectfully submitted,

/S/ Gary A. Fleshman
Gary A. Fleshman (0062771)
79 West Second St.
Chillicothe, Ohio 45601
(740) 773-9982
Attorney for Debtors

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of the foregoing was served on this   31st   day of   January  , 2017 on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Office of United States Trustee
170 North High St.
Suite 200
Columbus, OH 43215

Faye D. English
Chapter 13 Trustee
One Columbus
10 W. Broad St., Suite 900
Columbus, OH  43215-3449

/S/ Gary A. Fleshman
Gary A. Fleshman
Attorney for Debtors